FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FEB 10 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTA RAMOS; CRISTINA MORALES; BENJAMIN ZEPEDA; ORLANDO ZEPEDA; JUAN EDUARDO AYALA FLORES; ELSY YOLANDA FLORES DE AYALA; MARIA JOSE AYALA FLORES; HNAIDA CENEMAT; WILNA DESTIN; RILYA SALARY; SHERIKA BLANC; IMARA AMPIE; MAZIN AHMED; HIWAIDA ELARABI, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHAD F. WOLF, Secretary of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Deputy Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA, <br><br> Defendants-Appellants. | No.   18-16981 <br><br> D.C. No. 3:18-cv-01554-EMC Northern District of California, San Francisco <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judges Owens and H.A. Thomas did not participate in the deliberations or vote in this case.